**Order entered September 23, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00682-CV

**PORTFOLIO RECOVERY ASSOCIATES, LLC, Appellant**

**V.**

**BEN TALPLACIDO, Appellee**

**On Appeal from the County Court at Law No. 4
Collin County, Texas
Trial Court Cause No. 004-421-2010**

## ORDER

We **GRANT** appellant's September 18, 2013 motion for an extension of time to file a brief.  Appellant shall file its brief on or before October 9, 2013.  We caution appellant that no further extension of time will be granted absent extraordinary circumstances.

/s/  DAVID LEWIS
    JUSTICE